■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEN T. ALSTON, Appellant. (Appeal No. 2.) [748 NYS2d 88] —Appeal from a judgment of Supreme Court, Monroe County (VanStrydonck, J.), entered July 26, 1999, which revoked defendant's probation and imposed a term of incarceration.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same Memorandum as in *People v Alston* ([appeal No. 1] 298 AD2d 894). Present—Wisner, J.P., Hurlbutt, Scudder and Kehoe, JJ.